

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIS GRANT GARNER | CIVIL ACTION NO. 05-0381 |
| VERSUS | JUDGE DONALD E. WALTER |
| CITY OF MANY, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Before this Court is a Motion for Summary Judgment [Doc. #30] filed on behalf of defendants, the City of Many, Jeremy Johnson, individually and in his official capacity, and Weinzell Edwards, individually and in his official capacity, pursuant to Federal Rule of Civil Procedure 56. The deadline for filing an opposition to defendants' motion was May 15, 2006. To date, plaintiff has filed no opposition.

As no opposition has been filed, defendants' Statement of Uncontested Facts are deemed admitted for purposes of defendants' motion. Local Rule 56.2. Based on those facts and defendants' arguments, this Court finds that the individually-named defendants are entitled to qualified immunity.

Municipal liability under 42 U.S.C. § 1983 requires proof of three elements: (1) a policymaker; (2) an official policy; and (3) a violation of constitutional rights whose "moving force" is the policy or custom. Piotrowski v. City of Houston, 237 F.3d 567, 578 (5th Cir. 2001). As the Court finds there has been no constitutional violation, there can be no municipal liability.

Accordingly, for the reasons stated above, **IT IS ORDERED** that defendants' Motion for Summary Judgment [Doc. #30] be and is hereby **GRANTED** and plaintiff's claims are **DISMISSED**.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** as this Court declines to exercise jurisdiction over those claims.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this _25_ day of May, 2006.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE